United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mirza Hyder Ali, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:22-cv-692 |
| | § | |
| United States Postal Service, | § | |
| | § | |
| Defendant. | § | |

## Order

On Defendant's unopposed motion, the initial pretrial conference currently scheduled for May 25, 2022, is continued to _____June____ __15__, 2022, at __10:15 AM__ before Magistrate Judge Christina A. Bryan.

Signed ____May 12____, 2022, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge